MAYO v. DUKE UNIVERSITY

No. 387P94

Case below: 115 N.C.App. 567

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

MEDFORD v. HAYWOOD COUNTY HOSPITAL FOUNDATION

No. 392PA94

Case below: 115 N.C.App. 474

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994.

MOOSE v. J. COBURN, INC.

No. 419P94

Case below: 115 N.C.App. 568

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

NATIONWIDE MUTUAL INS. CO. v. MABE

No. 312PA94

Case below: 115 N.C.App. 193

Petition by third-party defendant (NC Farm Bureau) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994. Petition by defendants (Mabe, et al) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994. Petition by third-party plaintiff (Jesse Willard Scott) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994.

N.C. RAILROAD CO. v. FERGUSON BUILDERS SUPPLY

No. 309P94

Case below: 114 N.C.App. 819

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.